UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

TYLER PIZARRO

                        Plaintiff,

-against-

NEW YORK CITY POLICE OFFICER DETECTIVE
JOSEPH BEY, NEW YORK CITY POLICE OFFICER
DETECTIVE STEVEN LUNDY,

                        Defendants.

------------------------------------------------------------------------ X

**ORDER**
14-CV-507 (LDH) (PK)

LaSHANN DeARCY HALL, United States District Judge:

      On June 27, 2018, United States Magistrate Judge Peggy Kuo issued a Report and Recommendation recommending that this Court dismiss the instant action without prejudice pursuant to Federal Rules of Civil Procedure 41(b) for Plaintiff's failure to prosecute. The parties were given until July 11, 2018, to file objections to the Report and Recommendation. No objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)).

The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Kuo's Report and Recommendation in its entirety as the opinion of this Court. Accordingly, this action is dismissed without prejudice.

SO ORDERED:

 /s/ LDH
L aSHANN D eARCY HALL
United States District Judge

Dated: Brooklyn, New York
     July 31, 2018